UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-20976-CIV-MORENO

PLATYPUS WEAR, INC., a California corporation,

    Plaintiff,

vs.

CLARKE MODET AND COMPANY, S.L., a foreign corporation,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION IN PART AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendant's Motion for Summary Judgment **(D.E. No. 273)**, filed on **November 9, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 438)** on **June 23, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 438)** on **June 23, 2008** is **AFFIRMED** and **ADOPTED in part**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant's fault does not rise to the level of misconduct necessary to impose punitive damages under Fla. Stat. § 768.72.

(2)     Therefore, this Court strikes Plaintiff's punitive damages claim, and ADOPTS the Magistrate Judge's Report and Recommendation denying Defendant's Motion for Summary Judgment in all other respects.

DONE AND ORDERED in Open Court and signed in Chambers at Miami, Florida, this 15th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record