UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-20976-CIV-MORENO

PLATYPUS WEAR, INC., a California corporation,

    Plaintiff,

vs.

CLARKE, MODET AND COMPANY, S.L., a foreign corporation,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Stipulation of Dismissal with Prejudice **(D.E. 528)**, filed **December 5, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendant Clarke Modet & Company, S.L., the only remaining Defendant, in accordance with the parties' settlement agreement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of December, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record